IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT HOFFMAN, CURTIS TUCKER, ERIK SKOGLUND, MICHAEL COMPTON and AARON BRUCE, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROADLINK WORKFORCE SOLUTIONS, LLC, SCHNEIDER LOGISTICS, INC, and SCHNEIDER TRANSLODAING AND DISTRIBUTION, INC.,<br><br>    Defendants. | Case No. 12 C 7323<br><br>Judge Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT ON CLASS-WIDE BASIS**

  Plaintiffs Vincent Hoffman, Curtis Tucker, Erik Skoglund, Michael Compton and Aaron Bruce, respectfully request this Court extend the deadline to file a Motion for Preliminary Approval of a Class Action Settlement in this matter by forty-five (45) days. In support of this Motion, the Parties state as follows:

  1. Plaintiffs filed a class action complaint arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*. ("IWPCA") and the Illinois Day and Temporary Labor Services Act, 820 ILCS 175/5 ("IDTLSA") alleging they were not properly compensated.

  2. On March 19, 2015, the Parties reported to this Court that they had reached a settlement in this matter with the assistance of retired Magistrate Judge Morton Denlow. Dkt. No. 120.

1

3. This Court set a deadline of April 30, 2015 for the filing of a Motion for Preliminary Approval and set May 7, 2015 as the date for presentation of the Motion. Dkt. No. 120.

4. The parties are in the process of finalizing all of the terms of the agreement in a written document and preparing a Motion for Preliminary Approval and require additional time.

5. In addition, Plaintiffs' counsel has had an illness in his family which has required somewhat frequent travel out of town.

6. Plaintiffs' counsel has communicated with counsel for both Defendants via electronic mail and neither Defendant opposes this Motion.

7. Therefore, Plaintiffs respectfully request an extension of forty-five (45) days, or until June 15, 2015, to finalize the class action settlement and to file a Motion for Preliminary Approval and that the May 7, 2015 status be reset to June 23, 2015, or any date convenient for the Court, for presentation of the Motion for Preliminary Approval.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline by which to file a Motion for Preliminary Approval of a Class Action Settlement in this matter until June 15, 2015 and to reset the status hearing from May 7, 2015 to June 23, 2015, or any date convenient for the Court, for presentation of the Motion for Preliminary Approval.

Respectfully submitted,

Dated: April 30, 2015

*s/Christopher J. Williams*
Christopher J. Williams
Workers' Law Office, P.C.
53 W. Jackson Blvd., Suite 701
Chicago, IL 60604
(312) 795-9121

One of Plaintiff's Attorneys

2