IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT HOFFMAN, CURTIS TUCKER, ERIK SKOGLUND, MICHAEL COMPTON and AARON BRUCE, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>    Plaintiffs,<br><br> v.<br><br>ROADLINK WORKFORCE SOLUTIONS, LLC, SCHNEIDER LOGISTICS, INC, and SCHNEIDER TRANSLODAING AND DISTRIBUTION, INC.,<br><br>    Defendants. | Case No. 12 C 7323<br><br>Judge Feinerman |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT ON CLASS-WIDE BASIS**

  Vincent Hoffman, Curtis Tucker, Erik Skoglund, Michael Compton and Aaron Bruce (Plaintiffs) and Schneider Logistics, Inc. ("Schneider Logistics"), and Schneider Logistics Transloading and Distribution, Inc. ("Schneider Distribution"), and Roadlink Workforce Solutions, LLC ("Roadlink"), (collectively "Defendants"), respectfully request this Court extend the deadline to file a Motion for Preliminary Approval of a Class Action Settlement in this matter by an additional forty-five (45) days. In support of this Motion, the Parties state as follows:

  1. Plaintiffs filed a class action complaint arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*. ("IWPCA") and the Illinois Day and Temporary Labor Services Act, 820 ILCS 175/5 ("IDTLSA") alleging they were not properly compensated.

2. On March 19, 2015, the Parties reported to this Court that they had reached a settlement in this matter with the assistance of retired Magistrate Judge Morton Denlow. Dkt. No. 120.

3. The Parties are exchanging and revising the final Stipulation of Settlement and require additional time to finalize the document. Further, there are multiple parties who will ultimately have to review and agree to the final version of the Settlement.

4. In addition, once the final version of the Stipulation of Settlement is reached, Plaintiffs' counsel will be required to prepare a Motion for Preliminary Approval outlining the terms of the final agreement.

5. With the difficulties of summer schedules, the Parties respectfully request an additional forty-five (days) to finalize the class action settlement and to file a Motion for Preliminary Approval and that the June 17, 2015 status be reset to August 4, 2015, or any date convenient for the Court, for presentation of the Motion for Preliminary Approval.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline by which to file a Motion for Preliminary Approval of a Class Action Settlement in this matter until July 30, 2015 and to reset the status hearing from June 17, 2015 to August 4, 2015, or any date convenient for the Court, for presentation of the Motion for Preliminary Approval.

Respectfully submitted,

*For Plaintiffs*

<u>s/Christopher J. Williams</u>
Christopher J. Williams
Workers Law Office, P.C.
53 W. Jackson Blvd, Suite 701
Chicago, Illinois 60604

*For Defendant Roadlink*

<u>s/Lisa Handler Ackerman</u>
Lisa Handler Ackerman
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
55 West Monroe St., Suite 3800
Chicago, Illinois 60603

*For Schneider Defendants*

<u>s/Peter Milianti</u>
Peter Milianti
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Dated: June 12, 2015