**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VINCENT HOFFMAN, CURTIS TUCKER, ERIK SKOGLUND, MICHAEL COMPTON and AARON BRUCE, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>ROADLINK WORKFORCE SOLUTIONS, LLC, SCHNEIDER LOGISTICS, INC, and SCHNEIDER TRANSLODAING AND DISTRIBUTION, INC.,<br><br>Defendants. | Case No. 12 C 7323<br><br>Judge Feinerman |

**NOTICE OF MOTION**

TO:     Attorneys of Record

   PLEASE TAKE NOTICE that on **Wednesday, June 17th, 2015 at 9:00 a.m.**, we shall appear before the Honorable Judge Feinerman in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Joint Motion to Extend Deadline to File Motion for Preliminary Approval of Settlement on Class-Wide Basis,** a copy of which is attached hereto and hereby served upon you.

|   |   |
|---|---|
| Dated: June 12, 2015 | Respectfully submitted,<br><br>s/Christopher J. Williams<br>Christopher J. Williams<br>Workers' Law Office, PC<br>401 S. LaSalle, Suite 1400<br>Chicago, Illinois 60605<br>312-795-9121<br><br>One of Plaintiffs' Attorneys |

1