**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VINCENT HOFFMAN, CURTIS TUCKER, ERIK SKOGLUND, MICHAEL COMPTON and AARON BRUCE, on behalf of themselves and all other persons similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> ROADLINK WORKFORCE SOLUTIONS, LLC, SCHNEIDER LOGISTICS, INC, and SCHNEIDER TRANSLODAING AND DISTRIBUTION, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 12 C 7323 ) ) Judge Feinerman ) ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF
THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Vincent Hoffman, Curtis Tucker, Erik Skoglund, Michael Compton and Aaron Bruce (Plaintiffs) and Schneider Logistics, Inc. ("Schneider Logistics"), and Schneider Logistics Transloading and Distribution, Inc. ("Schneider Distribution") request leave to file supplemental authority in support of Preliminary Approval of the Parties' Class Action Settlement Agreement, attached hereto as Exhibit A. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed a class action complaint arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*. ("IWPCA") and the Illinois Day and Temporary Labor Services Act, 820 ILCS 175/5 ("IDTLSA") alleging they were not properly compensated.

2.     The Parties have reached a settlement in this matter and on August 4, 2015, Plaintiffs moved for Preliminary Approval of the Parties' Class Action Settlement Agreement and for Approval of Class Certification for Settlement Purposes Only, the Form and Manner of Class Notice, and Scheduling a Fairness Hearing for Final Approval of Settlement (hereafter "Motion"). Dkt. No. 130. Plaintiffs' Motion was unopposed by Defendants.

3.     At the August 4, 2015 hearing, the Court raised two concerns about Section 14 of the Settlement Agreement (Dkt. No. 130-1):

> A. Whether it is proper for a class settlement involving a fee-shifting statute to provide for payment of attorneys' fees and costs under the "percentage of the common fund" method in light of the Seventh Circuit's recent holding in the matter of *Pierce v. Visteon Corp.*, 2015 U.S. App. LEXIS 11333, 791 F.3d 782 (7th Cir., July 1, 2015); and, if so,
>
> B. Whether Defendants' agreement not to oppose a petition for fees and costs by Plaintiffs' counsel for not more than one-third of the total settlement amount in light of the Seventh Circuit's holding in *Redman v. Radioshack Corp.*, 768 F.3d 622, 2014 U.S. App. LEXIS 18181 (7th Cir. 2014).

4.     At the hearing, the Court entered and continued Plaintiffs' Motion until August 31, 2014 at 9:00 a.m. to allow the parties to either provide supplemental support for the Settlement Agreement or to attempt to modify the agreement.

5.     For the reasons set forth in Plaintiffs' Supplemental Memorandum of Law in Support of Their Unopposed Motion for Preliminary Approval, attached hereto as Exhibit A, Plaintiffs believe the Settlement Agreement proposed by the parties is not at odds with either decision referenced above.

6. Therefore, Plaintiffs seek leave to file their Supplemental Memorandum of Law in Support of Their Unopposed Motion for Preliminary Approval in advance of the August 31, 2015 hearing.

7. Defendants do not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to file their Supplemental Memorandum of Law in Support of Their Unopposed Motion for Preliminary Approval, attached hereto as Exhibit A.

        Respectfully submitted,

        *s/Christopher J. Williams*
        Christopher J. Williams
        Workers Law Office, P.C.
        53 W. Jackson Blvd, Suite 701
        Chicago, Illinois 60604

        One of Plaintiffs' Attorneys

Dated: August 21, 2015