**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VINCENT HOFFMAN, CURTIS TUCKER, ERIK SKOGLUND, MICHAEL COMPTON and AARON BRUCE, on behalf of themselves and all other persons similarly situated, known and unknown, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROADLINK WORKFORCE SOLUTIONS, LLC, SCHNEIDER LOGISTICS, INC, and SCHNEIDER TRANSLODAING AND DISTRIBUTION, INC., )<br><br>Defendants. ) | Case No. 12 C 7323<br><br>Judge Feinerman |

**ORDER PRELIMINARILY APPROVING STIPULATION OF SETTLEMENT AND APPROVING CERTIFICATION OF A CLASS AND COLLECTIVE ACTION, FORM AND MANNER OF CLASS NOTICE AND SETTING A HEARING FOR FINAL APPROVAL OF SETTLEMENT**

Vincent Hoffman, Curtis Tucker, Erik Skoglund, Michael Compton and Aaron Bruce (collectively "Named Plaintiffs") and Defendants, Schneider Logistics, Inc., Schneider Logistics Transloading and Distribution, Inc. and Pinnacle Workforce Logistics LLC f/k/a RoadLink Workforce Solutions, LLC ("RoadLink") (collectively, the "Parties"), having reached a settlement in this matter on a class-wide basis, the Court having reviewed the Stipulation of Settlement ("Settlement Agreement") and the record in this Litigation, including the Plaintiffs' Unopposed Motion for Preliminary Approval of the Parties' Stipulation of Settlement and for Approval of Class Certification, Form and Manner of Class Notice and Scheduling Hearing for Final Approval of Settlement,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby preliminarily approves the Settlement Agreement and the Settlement set forth therein as being within the range of fairness, reasonableness, and adequacy. The Settlement Agreement is the result of arm's-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular.

2. The Court has jurisdiction over the subject matter of this lawsuit and the Parties, including the members of the Settlement Class, as defined below.

3. The Court finds that the state law claims have met the prerequisites for a class action under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only. Furthermore, the Court finds that this matter has met the prerequisites for being certified as a collective action under the Fair Labor Standards Act ("FLSA") for settlement purposes only. The case is hereby certified, for purposes of settlement only, as a class action under Federal Rule of Civil Procedure 23(b)(3) and as a collective action under the FLSA. The Court hereby certifies the following class:

> All persons employed or hired by Pinnacle Workforce Logistics LLC f/k/a RoadLink Workforce Solutions, LLC ("RoadLink"), coded in RoadLink's payroll department to "IL-Elwood Schneider," and who were paid or agreed to be paid at an hourly rate, and were assigned by RoadLink to perform work at the warehouse in Elwood, IL operated by Schneider Logistics, Inc., whether or not the employee actually performed work, from May 1, 2012 to June 1, 2013.

4. The Court appoints Plaintiffs Vincent Hoffman, Curtis Tucker, Erik Skoglund, Michael Compton and Aaron Bruce as Class Representatives and Christopher J. Williams and Alvar Ayala as Class Counsel. The Court finds that the Class Representatives and Class Counsel thus far have provided adequate representation to the member of the class.

5. The Court further approves of the Parties' proposed Notice of Class Action/Collective Action, Proposed Settlement and Hearing, and the manner in which notices will be given as provided in the Settlement Agreement.

6. Within fourteen (14) days after the Filing Deadline, which is the final day on which a Class Member may make a claim for payment from the Class Settlement Fund or file a written request to opt out of this Litigation (which is 60 days from the date of this preliminary approval order), the Parties will submit to the Court any necessary documents for the Court's consideration of Final Approval of the Settlement Agreement, including any Motions, final calculations of settlement payments to the Class Members, and responses to any objections and/or comments.

7. The Fairness Hearing is hereby scheduled to be held before the Court on January 6, 2016 at 2:00 p.m. in Courtroom 2125.

8. Pending final approval of the Settlement Agreement, the prosecution and defense of the case is hereby stayed; the Class Representatives, all members of the Class, and each of them, and anyone who acts or purports to act on their behalf, shall not threaten, institute, commence or prosecute any action that seeks to assert claims against any Released Party related to the subject matter of this lawsuit.

9. The Court reserves exclusive and continuing jurisdiction over this Litigation, the Class Representatives, the Class, and the Released Parties for the purposes of: (1) supervising the implementation, enforcement, construction, and interpretation of this Order and the Settlement Agreement upon the entry of a Final Order by this Court granting final approval of the Settlement Agreement and dismissing this Litigation with prejudice, or in the event of an appeal of such Final Order, the final resolution of the appeal upholding the Final Order; (2) supervising

the distribution of the Settlement Fund; and (3) resolving any disputes or issues that may arise in connection with this Litigation or the Settlement of this Litigation.

      It is so ordered.

DATE: September 8, 2015                  _____
                                                  The Honorable Gary Feinerman
                                                  U.S. District Court Judge