IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT HOFFMAN, CURTIS TUCKER, ERIK SKOGLUND, MICHAEL COMPTON and AARON BRUCE, on behalf of themselves and all other persons similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> ROADLINK WORKFORCE SOLUTIONS, LLC, SCHNEIDER LOGISTICS, INC, and SCHNEIDER TRANSLODAING AND DISTRIBUTION, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 12 C 7323 <br><br> Judge Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE THE FAIRNESS HEARING AND FINAL APPROVAL HEARING FOR FOURTEEN DAYS**

Plaintiffs Vincent Hoffman, Curtis Tucker, Erik Skoglund, Michael Compton and Aaron Bruce respectfully request this Court re-set the final fairness hearing from January 6, 2016 at 2:00 p.m. to January 20, 2016 at 2:00 p.m. Defendants Roadlink Workforce Solutions, LLC ("Roadlink") and Schneider Logistics, Inc. and Schneider Logistics Transloading and Distribution, Inc. (collectively "Schneider") do not oppose this Motion. In support of this Motion, Plaintiffs state:

1. Plaintiffs filed a class action complaint arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*. ("IWPCA") and the Illinois Day and Temporary Labor Services Act, 820 ILCS 175/5 ("IDTLSA") alleging they were not properly compensated.

2. The Parties have reached a settlement in this matter on a class wide basis and on September 8, 2015, this Court granted Plaintiffs' Motion moved for Preliminary Approval of the Parties' Class Action Settlement Agreement and for Approval of Class Certification for Settlement Purposes Only, the Form and Manner of Class Notice, and Scheduling a Fairness Hearing for Final Approval of Settlement (hereafter "Motion"), setting a final fairness hearing for January 6, 2016 at 2:00 p.m. Dkt. No. 139.

3. The Parties received the final report of the claims process from the claims administrator on December 23, 2015. However, there were some outstanding questions relating to the validity and timeliness of some of the claims that Class Counsel needed to investigate in order to prepare a complete and accurate Motion for Final Approval before this Court. However, due to the intervening holidays, Class Counsel had difficulty completing the investigation of the resolution of those claims in time to prepare a Motion for Final Approval in advance of the final fairness hearing.

4. In addition, the Parties need the final tally and identity of all Class Members who filed valid, timely claims in order to calculate the settlement payments in accordance with the terms of the Settlement Agreement. We expect to receive this final list shortly.

5. As the Court does not have information necessary to evaluate the fairness of the Parties' settlement, Plaintiffs ask that the final fairness hearing be continued for fourteen (14) days, or until January 20, 2016 at 2:00 p.m. or at any other time the Court deems appropriate. The additional time will allow the Parties to complete the necessary calculations and pleadings containing information on the settlement and the claims process.

6. In light of the fact that the time and date of the final fairness hearing was included in the Notice to the Class, Class Counsel will appear at the date, time and place the final fairness hearing as currently scheduled and as indicated in the Notices already sent, January 6, 2016 at

2

3

2:00 p.m. in Courtroom 2125, for not less than an hour to advise any individuals who appear for the final fairness hearing at that time of the change in date of the final fairness hearing and provide each with a copy of the Order re-setting the final fairness hearing, if this Motion is granted.

7.     No Class Member excluded him or herself from the Settlement and no objections to the Settlement were filed.

8.     Defendants do not oppose this Motion.

WHEREFORE Plaintiffs respectfully request that this Court grant this unopposed Motion and re-set the final fairness hearing from January 6, 2016 at 2:00 p.m. to January 20, 2016 at 2:00 p.m.

                                                  Respectfully submitted,

Dated: January 5, 2016

                                                  *s/Christopher J. Williams*
                                                  Christopher J. Williams
                                                  Workers Law Office, P.C.
                                                  53 W. Jackson Blvd, Suite 701
                                                  Chicago, Illinois 60604

                                                  One of Plaintiffs' Attorneys